disability**rights** | WISCONSIN
Protection and advocacy for people with disabilities.

September 20, 2017

Hon. William C. Griesbach
United States District Court
Eastern District of Wisconsin
125 S. Jefferson St., Ste. 102
PO Box 22490
Green Bay, WI 54305-2490

Filed Electronically

Re: *DRW v. Blom, et al*, U.S.D.C. (E.D. WI) Case No. 17-CV-00183 WCG

Dear Judge Griesbach,

The parties in the above matter have reached a settlement. A stipulation and a proposed order for dismissal are being filed today. Thank you for your consideration.

Sincerely,

Mitchell Hagopian
Attorney

cc      Paul Alexy

**MADISON**
131 W. Wilson St.
Suite 700
Madison, WI 53703
608 267-0214
608 267-0368 FAX

**MILWAUKEE**
6737 West Washington St.
Suite 3230
Milwaukee, WI 53214
414 773-4646
414 773-4647 FAX

**RICE LAKE**
217 West Knapp St.
Rice Lake, WI 54868
715 736-1232
715 736-1252 FAX

disabilityrightswi.org

800 928-8778 consumers & family