IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DISABILITY RIGHTS WISCONSIN, INC.
          Plaintiff,

CASE NO. 1:17-cv-183-WCG

v.

MELISSA BLOM, ROSEMARY DAVIS,
THOMAS NELSON, and OUTAGAMIE COUNTY
          Defendants.

## STIPULATION FOR DISMISSAL OF ALL CLAIMS

The Plaintiff, Disability Rights Wisconsin, Inc., by its attorney Mitchell Hagopian, and the defendants Melissa Blom, Rosemary Davis, Thomas Nelson, and Outagamie County, by their attorneys Arenz, Molter, Macy, Riffle & Larson, S.C., hereby stipulate to the dismissal of all claims in the above-captioned matter in their entirety on the merits and with prejudice and without cost to any party.

Dated this 20th day of September 2017.

| **Disability Rights Wisconsin, Inc.** | **ARENZ, MOLTER, MACY, RIFFLE & LARSON, S.C.** |
| --- | --- |
| | Attorneys for Defendants, Melissa Blom, Rosemary Davis, Thomas Nelson, and Outagamie County |
| By: /s/ Mitchell Hagopian | By: /s/ Paul E. Alexy |
| MITCHELL HAGOPIAN | PAUL E. ALEXY |
| State Bar No. 1000181 | State Bar No: 1013810 |
| Disability Rights Wisconsin, Inc. | 720 N. East Avenue |
| 131 W. Wilson St., Suite 700 | Waukesha, WI 53186 |
| Madison, WI 53703 | O: (262) 548-1340 |
| O: (608) 267-0214 | F: (262) 548-9211 |
| F: (608) 267-0368 | palexy@ammr.net |
| mitchh@drwi.org | |